UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN SEID,<br><br>Defendant. | **INFORMATION**<br><br>24 Cr.<br><br>**24 CRIM 544** |

**COUNT ONE**
**(Conversion of Union Assets)**

The United States Attorney charges:

1.      From at least in or about 2015 through at least in or about December 2020, in the Southern District of New York and elsewhere, JOHN SEID, the defendant, knowingly embezzled and stole, and knowingly, willfully, and unlawfully abstracted and converted to his own use and the use of another, moneys, funds, securities, property, and other assets of a labor organization, as defined in Title 29, United States Code, Section 402(i), of which he was an officer, and by which he was employed, directly and indirectly, to wit, SEID, while serving as an officer of a local chapter of a labor union ("Union-1"), unlawfully converted funds belonging to Union-1 to his own personal use by spending Union-1's funds on personal expenses.

(Title 29, United States Code, Section 501(c); and
Title 18, United States Code, Section 2.)

**FORFEITURE ALLEGATION**

2.      As a result of committing the offense alleged in Count One of this Information, JOHN SEID, the defendant, shall forfeit to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), and Title 28 United States Code, Section 2461(c), any and all property, real and personal, that constitutes or is derived from proceeds traceable to the

commission of said offense, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offense.

Substitute Assets Provision

3. If any of the above described forfeitable property, as a result of any act or omission of the defendant:

    a. Cannot be located upon the exercise of due diligence;

    b. Has been transferred or sold to, or deposited with, a third person;

    c. Has been placed beyond the jurisdiction of the Court;

    d. Has been substantially diminished in value; or

    e. Has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of the defendant up to the value of the above forfeitable property.

(Title 18, United States Code, Section 981;
Title 21, United States Code, Section 853; and
Title 28, United States Code, Section 2461.)

*Damian Williams*
DAMIAN WILLIAMS
United States Attorney