USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/15/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

JOHN SEID,

*Defendant.*

ORDER

24 Cr. 544 (VM)

WHEREAS, with the defendant's consent, the defendant's guilty plea allocution was made before United States Magistrate Judge Gary Stein on September 13, 2024;

WHEREAS, a transcript of the plea allocution was made and thereafter was transmitted to this Court;

WHEREAS, upon review of the transcript, this Court has determined that the defendant entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

IT IS HEREBY ORDERED that the defendant's guilty plea is accepted. Sentencing is scheduled for March 7, 2025, at 11:00 a.m.

SO ORDERED.

Dated: New York, New York
October 15, 2024

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK